THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CARL MCCREARY,

        Plaintiff,

   v.

NANCY A. BERRYHILL,

        Defendant.

CASE NO. C17-0615-JCC

ORDER OF REMAND

This matter comes before the Court on a stipulated motion for remand (Dkt. No. 12). Based on the parties' stipulation, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Upon remand, the Appeals Council will direct the ALJ to reevaluate the opinion evidence pursuant to 20 C.F.R. §§ 404.1527 and 416.927, reassess the claimant's symptoms pursuant to Social Security Ruling 16-3p, and reassess the claimant's residual functional capacity pursuant to 20 C.F.R. §§ 404.1545 and 416.945 and Social Security Ruling 96-8p. The ALJ will obtain vocational expert evidence and determine whether the vocational expert evidence is consistent with the Dictionary of occupational Titles pursuant to Social Security Ruling 00-4p. The ALJ will then make a *de novo* determination as to disability, and issue a new decision. Upon proper application, Plaintiff will be entitled to attorney fees under the Equal Access to Justice Act, 28

U.S.C. § 2412 *et seq.*

It is so ORDERED.

DATED this 19th day of September 2017.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER OF REMAND
C17-0615-JCC
PAGE - 2