UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARL MCCREARY, | CASE NO. C17-615-JCC |
| Plaintiff, | JUDGMENT |
| v. | |
| NANCY A. BERRYHILL, | |
| Defendant. | |

It is ORDERED and ADJUDGED that this case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings pursuant to this Court's ORDER of remand, issued on September 19th, 2017.

JUDGMENT is entered for Plaintiff, and this case is closed.

DATED this 19th day of September 2017.

*John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE

JUDGMENT
PAGE - 1