THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARL MCCREARY, | CASE NO. C17-0615-JCC |
| Plaintiff, | ORDER |
| v. | |
| NANCY BERRYHILL, | |
| Defendant. | |

This matter comes before the Court on the parties' stipulated motion for attorney fees, under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d) (Dkt. No. 16). Plaintiff was the prevailing party on an appeal of an agency action and is thus entitled to an award of attorney fees. (*See* Dkt. Nos. 13–15.) Accordingly, the Court GRANTS parties' motion. Pursuant to 28 U.S.C. § 2412(d), the Court AWARDS attorney fees in the amount of $4,692.29 and expenses of $11.73 for a total of $4,704.02.

If the Department of the Treasury determines that Plaintiff's EAJA fees are not subject to any offset allowed under the Department's Offset Program, then the check for attorney fees shall be made payable to Plaintiff's attorney, George Andre Fields, based upon Plaintiff's assignment of these amounts to counsel.

The check shall be mailed to George Andre Fields, Esq. at the following address: P.O. Box 231024, Sacramento, CA 95823.

1 | DATED this 26th day of October 2017.

John C. Coughenour
UNITED STATES DISTRICT JUDGE